UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 2431 MVAV LLC,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and NATIONAL DEFAULT SERVICING CORPORATION<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-01022-MMD-GWF<br><br>ORDER |

Defendant JPMorgan Chase Bank, NA ("Chase") removed this case from Nevada state court on May 5, 2016, on the basis of diversity jurisdiction.[1] (ECF No. 1.) District courts have original jurisdiction over civil actions where the matter is between citizens of different states, and where the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). Although corporations are citizens of any state in which they are incorporated or have their principal place of business, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Chase asserts that complete diversity exists because "Plaintiff is a Delaware limited liability company and none of the properly named defendants is a citizen of Nevada or Delaware." (ECF No. 1 at 3 (citation omitted).) But as "the party asserting

---

[1] Defendant National Default Servicing Corporation filed a notice of consent to removal on May 6, 2016. (ECF No. 7.)

diversity jurisdiction[, Chase] bears the burden of proof." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001). Chase has not met its burden. Instead, Chase has yet to identify any members of Plaintiff (an LLC) or clarify whether those members are citizens of different states than Defendants. Neither Chase's petition for removal (ECF No. 1) nor its statement regarding removal (ECF No. 13) satisfies the diversity of citizenship requirement under 28 U.S.C. § 1332(a).

It is therefore ordered that Chase must supplement its statement regarding removal with a document that identifies the state citizenships of each member of Plaintiff 2431 MVAV, LLC. Chase must file the supplement within ten (10) days of the date of this Order.

DATED THIS 26th day of May 2016

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE